IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT ALABAMA
NORTHERN DIVISION

FILED
02 AUG 15 AM 11: 45
U.S. DISTRICT COURT
N.D. OF ALABAMA

SANDRA COLEMAN, WANDA FOSTER, *
DONNA HOLLIMAN, BRENDA *
JEFFREYS, JUDY SWINDELL and LINDA *
WIGGINS, *
  *
PLAINTIFFS, *
  *
v. * CIVIL ACTION NO.: CV-02-JEO-0793-NE
  *
BELLSOUTH TELECOMMUNICATIONS, *
INC., *
  *
DEFENDANT. *

**GRANTED**

_/s/_ 8-15-2002
U.S. MAGISTRATE JUDGE

ENTERED

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

COME NOW Plaintiffs Sandra Coleman, Wanda Foster, Donna Holliman, Brenda Jeffreys, Judy Swindell and Linda Wiggins, hereinafter referred to collectively as "Plaintiffs," by and through their undersigned counsel of record, and, pursuant to the Court's Scheduling Order and Rule 15(a) of the Federal Rules of Civil Procedure, file this motion for leave to amend their complaint to (1) correct the spelling of Plaintiff Donna Holliman to Donna Hollimon, and (2) to add additional party plaintiffs in this case. In support of this motion, Plaintiffs state the following:

1. The Court's Scheduling Order in this case, entered on May 21, 2002, allows Plaintiffs up to and including August 15, 2002 to add additional parties and claims to their lawsuit. Accordingly, this motion is timely filed pursuant to the Scheduling Order.

2. Plaintiffs' proposed Amended Complaint, attached hereto and incorporated herein as "Exhibit A," corrects the spelling of Plaintiff Donna Hollimon and adds Laura Acklin, Lula Beckwith and Thelma Wells as party plaintiffs in this case.