UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

LAURA ACKLIN; et al., )
)
Plaintiffs, )
)
vs. ) CV 02-B-0793-NE
)
BELLSOUTH TELECOM- )
MUNICATIONS, INC., )
)
Defendant. )

**ENTERED**
JUL - 6 2004

## ORDER

On May 21, 2004, the Magistrate Judge filed his Report and Recommendation, recommending that defendant's Motion for Summary Judgment be granted. Neither party filed written objections to the Report and Recommendation. *See* 28 U.S.C. § 636(b)[1]; Fed. R. Civ. P. 72.[2]

Despite the lack of objections, this court has carefully reviewed and considered all the materials in the court's record, including the Magistrate Judge's Report and

---

[1] "Within ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).

[2] "Within 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations. . . . The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." Fed. R. Civ. P. 72 (b).

Recommendation. Based on its review, the court is of the opinion that the Magistrate Judge's Recommendation is due to be, and hereby is, **ADOPTED**. Therefore, defendant's Motion for Summary Judgment, (doc. 27), is **GRANTED**. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. Costs are taxed to the plaintiffs.

**DONE** this 6th day of July, 2004.

*Sharon Lovelace Blackburn*
**SHARON LOVELACE BLACKBURN**
United States District Judge